UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED REEVES,

    Plaintiff,

v.

BASIL WOLEVER, et al.,

    Defendants.
_____/

Case No. 1:06-cv-896

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the complaint, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of the defendants and against the plaintiff.

Date: January 14, 2010

/s/ Paul L. Maloney  
Paul L. Maloney  
Chief United States District Judge